UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJIBA ZAZAI,<br>　　　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN,<br>　　　　Defendant. | Case No. 15-cv-03591-WHO<br><br>**ORDER DIRECTING SERVICE BY THE U.S. MARSHAL**<br>Re: Dkt. No. 6 |

　　Having granted plaintiff's application to proceed in forma pauperis, the Clerk shall issue summons, and the U.S. Marshal for the Northern District of California SHALL serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon defendant.

　　**IT IS SO ORDERED**.

Dated: October 1, 2015

_____
WILLIAM H. ORRICK
United States District Judge